**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
SAMUEL GILLESPIE and SUZANNE GILLESPIE

**KEVIN E. GILBERT, ESQ. (SBN: 209236)**
kgilbert@ohshlaw.com
**CHRISTOPHER R. CREECH, ESQ. (SBN: 293037)**
ccreech@ohshlaw.com
**ORBACH HUFF SUAREZ + HENDERSON LLP**
6210 Stoneridge Mall Road, Suite 210
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendant
DEPUTY MATTHEW YARBOROUGH

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GILLESPIE, an individual; and SUZANNE GILLESPIE, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | CASE NO.: 4:20-cv-03735-DMR<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Honorable Donna M. Ryu |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims

and causes of action in this matter be dismissed with prejudice, with Plaintiffs and Defendants each bearing their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  August 30, 2021     THE LAW OFFICES OF JOHN L. BURRIS

/s/ *James Cook*
James Cook
Attorney for Plaintiffs

Dated: August 30, 2021     **ORBACH HUFF SUAREZ + HENDERSON LLP**

BY/s/ *Kevin Gilbert*
Kevin E. Gilbert
Christopher R. Creech
Attorneys for Defendant
MATTHEW YARBOROUGH

## ATTORNEY ATTESTATION

I, James Cook, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated:  August 30, 2021     THE LAW OFFICES OF JOHN L. BURRIS

/s/ *James Cook*
Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiffs

///
///
///
///
///
///
///

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that all claims and causes of action are DISMISSED WITH PREJUDICE, with Plaintiff and Defendant each bearing their own attorney's fees and costs.

Dated: August 30, 2021



Hon. Donna M. Ryu
United States Magistrate Judge